## Karl E. Seyfarth, Appellee, v. George E. Leonard, Appellant.

**Gen. No. 42,347.**

Heard in first division, first district, this court at June term, 1942; opinion filed October 2, 1942; rehearing denied October 26, 1942. Deneen & Massena and Leonard & Leonard, for appellant; Marshall Avery Pipin and Gordon McLeish Leonard, of counsel; Taylor, Miller, Busch & Boyden, for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''